UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RILESH DESAI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., WILLIAM L. ASHTON, BRITTANY K. BRADRICK, SETH H.Z. FISCHER, JUHYUN LIM, THOMAS J. RIGA, and JEFFREY L. VACIRCA,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-04808-PAE<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rilesh Desai ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 25, 2023

　　　　　　　　　　　　　　　　　　　　　　**BRODSKY & SMITH**

　　　　　　　　　　　　　　　　　　　　　　By: *Evan J. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　Mineola, NY  11501
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (516) 741-4977
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile (561) 741-0626

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

SO ORDERED. *Paul A. Englemayer*　　　　　　　　　Dated: September 25, 2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York

―――――――――――――――――
PAUL A. ENGELMAYER
United States District Judge